UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

                Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

                Defendants.

Case No. C09-5677 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Amended Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate judge, dated May 10, 2010 (Dkt. 24), and "Plaintiff's Brief and Memorandum of Law in Objection to Dismiss" dated May 4, 2010 (Dkt. 26). The Court has considered the Amended Report and Recommendation[1], Plaintiff's objections, and the remaining record, and hereby adopts the Amended Report and Recommendation for the reasons stated herein.

      The Magistrate Judge recommends that Defendants' motion to dismiss be granted in part and denied in part. First, Defendant State of Washington is entitled to Eleventh

---

[1] The Report and recommendation states that "[a]n appeal of [plaintiff's] grievance resulted in the upholding of the grievance as nongrievable. Report and Recommendation at p.3, lines 24-26. A more accurate statement is that the appeal upheld the administrative determination that the issue was nongrievable.

ORDER - 1

Amendment immunity. Second, the allegations against Defendant Hisami Yoshida do not rise to a level of a constitutional violation and the Court should decline jurisdiction over state law claims.

Plaintiff's objections are largely a restatement of the arguments made before the Magistrate Judge and are primarily directed at a Defendant who is not a part of this Report and Recommendation.

Therefore, it is hereby **ORDERED** that:

(1) The Court adopts the Report and Recommendation;

(2) Claims against the State of Washington are **DISMISSED WITH PREJUDICE** pursuant to the Eleventh Amendment. The federal claim against Hisami Yoshida is also **DISMISSED WITH PREJUDICE** as Plaintiff has no constitutional right to file an appeal from a disciplinary hearing. The state claims against Hisami Yoshida are **DISMISED WITHOUT PREJUDICE**.

DATED this 7th day of June, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2