UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

        Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

        Defendants.

CASE NO. C09-5677 BHS/JRC

ORDER DENYING PLAINTIFF'S MOTION TO AMEND

      This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

      The plaintiff filed a motion to amend the complaint, (Dkt. # 25), after the court issued a Report and Recommendation to dismiss the state and defendant Hisami Yoshida (Dkt. # 24). Plaintiff provides the cover page, which shows the amended complaint is 40 pages long. He does not provide a copy of the amended complaint for the court's review.

      The motion is DENIED. While leave to amend is freely given, plaintiff fails to show amendment will cure the defects in the original complaint. Further, the court is not inclined to

ORDER - 1

grant the motion without having first reviewed the proposed amended complaint to determine if the amended action states a claim.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 8th day of June, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge