UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. C09-5677BHS/JRC

ORDER DENYING PLAINTIFF'S MOTION TO STAY THE ACTION

This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

The plaintiff has filed a motion asking the court to stay the proceedings so defendants can answer and provide answers to his interrogatories (Dkt. # 29). The only defendant remaining in this action who has been served is Mr. Hughes. This defendant accepted service March 1, 2010. The defendant has not filed an answer or otherwise responded to the complaint. There is no

ORDER - 1

good reason to stay the action and the motion to stay is DENIED.  The Clerk is directed to send a copy of this Order to plaintiff and remove Dkt. # 29 from the calendar.

DATED this 12th day of July, 2010.

J. Richard Creatura
United States Magistrate Judge