UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

    Plaintiff,

    v.

STATE OF WASHINGTON et al.,

    Defendants.

Case No. C09-5677 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 33). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     Claims relating to freedom of religion are **DISMISSED with prejudice**.

(3)     The motion to dismiss the remaining claims against defendant, Michael Hughes, is **DENIED without prejudice.**

DATED this 28th day of September, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER