1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

Defendants.

CASE NO.  C09-5677BHS/JRC

ORDER TO SHOW CAUSE

This 42 U.S.C. 1983 civil rights action has been referred to United States Magistrate

Judge J. Richard Creatura pursuant to title 28 U.S.C. § 636(b)(1)(A) and (B), and Local

Magistrate Judge's Rule MJR3 and MJR4.

An order granting in part and denying in part Defendant Hughes' motion to dismiss was

filed September 28, 2010.  The defendant had ten days to file an answer.  No answer has been

filed.  It is plaintiff's obligation to prosecute this action.  Plaintiff is directed to show cause why

the action should not be dismissed for failure to prosecute.

ORDER - 1

1    A response to this order is due on or before December 17, 2010.  Failure to respond will

2   result in a Report and Recommendation that the action be dismissed for failure to prosecute.

3        The Clerk is directed to send a copy of this Order to plaintiff and note the December 17,

4   2010, deadline on the court's calendar.

5        DATED this 19th day of November, 2010.

6

7

8

9                                    J. Richard Creatura
                                     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2