UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES VINCENT REED,

    Plaintiff,

v.

MICHAEL HUGHES,

    Defendant.

Case No. C09-5677BHS/JRC

REPORT AND RECOMMENDATION

NOTED January 28, 2011

    This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

    Before the court is a motion for default for defendant Hughes (ECF No. 40). On September 28, 2010, the Honorable Judge Settle entered an order dismissing part of this case (ECF No. 34). Claims against defendant Hughes were not dismissed. After entry of that order defendant Hughes had fourteen days to file an answer. See, Fed. R. Civ. P. 12 (a)(4)(B) No answer was timely filed.

REPORT AND RECOMMENDATION- 1

On November 19, 2010 the court entered an Order to Show Cause as the action was not being prosecuted (ECF No. 19). In response, on December 14, 2010, plaintiff moved for entry of default against defendant Hughes (ECF No. 40). Two days later, on December 16, 2010, defendant Hughes filed an answer (ECF No. 43).

As defendant Hughes has cured the default in this case by filing an answer, the court recommends the motion for default be DENIED. The court has discretion not to enter default when a defendant has cured the default and may have a meritorious defense. <u>Mendoza v. Wight Vineyard Management</u>, 783 F.2d 941, 945-46 (9th Cir. 1986).

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See</u> <u>also</u> Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of de novo review by the District Court Judge. <u>See</u> 28 U.S.C. 636 (b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **January 28, 2011, a**s noted in the caption.

Dated this 3rd day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2