UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES VINCENT REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HUGHES,<br><br>　　　　Defendant. | Case No. C09-5677BHS<br><br>ORDER ADOPTING REPORTS AND RECOMMENDATIONS |

This matter comes before the Court on the Reports and Recommendations ("R&Rs") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkts. 49 & 55). The Court having considered the R&Rs and the remaining record, and no objections by Plaintiff Charles Vincent Reed ("Reed") having been filed, does hereby find and order:

(1)　The Court adopts the R&Rs; and

(2)　Reed's motions for default judgment (Dkts. 38 & 40) are **DENIED** because Defendant cured the default in this action.

DATED this 28th day of February, 2011.

						BENJAMIN H. SETTLE
						United States District Judge

ORDER