# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHARLES V. REED,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

CASE NO. C09-5677BHS/JRC

ORDER DENYING A MOTION TO EXTEND DEADLINES

This civil rights action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rules MJR3 and MJR4. One defendant, Michael Hughes, remains in this action. The remaining claim is retaliation for filing grievances (ECF No. 33 R&R, adopted without objection ECF No. 34).

Plaintiff filed a motion to compel discovery that has been denied (ECF No. 71). Now before the court is a motion to extend the discovery deadlines "because [a] motion to compel has been filed." There is no reason for extending deadlines simply because a party has chosen to file a discovery motion. The motion is DENIED.

The Clerk is directed to send a copy of this Order to plaintiff and remove ECF No. 70 from the court's calendar.

ORDER - 1

1 DATED this 25th day of May, 2011.

J. Richard Creatura
United States Magistrate Judge