UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

        Plaintiff,

v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. C09-5677BHS/JRC

ORDER DENYING A MOTION TO RECONSIDER

This civil rights action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rules MJR3 and MJR4. One defendant, Michael Hughes, remains in this action. The remaining claim is retaliation for filing grievances by placement in administrative segregation (ECF No. 33 R&R adopted without objection ECF No. 34).

Plaintiff filed a motion to compel discovery that has been denied (ECF No. 71). He now files a motion for reconsideration that is 11 pages long (ECF no. 72). Local Rule 7 (e) (1) limits motions for reconsideration to six pages. Plaintiff has not filed a motion asking permission to file an over length brief. This alone is reason to deny the motion. However, plaintiff has combined a motion for reconsideration with a response to an order to show cause. His pleading will be considered on the merits.

ORDER - 1

1       Plaintiff complains that he was not allowed to file an amended complaint. The record shows that he filed a motion to amend his complaint on May 10, 2010 (ECF No. 25). The motion was denied because plaintiff failed to provide the court with a copy of his proposed amended complaint (ECF No. 31). Plaintiff only provided the first page of his amended complaint and that page indicated the complaint was 40 pages long (ECF No. 25). Plaintiff never cured this error and never filed a proposed amended complaint for the court to review.

      Plaintiff argues that defendants failed to comply with discovery (ECF No. 72, page 2). Defendants have responded to that allegation (ECF No. 67). Plaintiff's discovery requests dated May 21, 2010 did not indicate who was being asked to respond. Thus, no particular defendant was responsible for responding to the interrogatories and requests for production. Plaintiff directed requests for admissions however, to defendant Hughes (ECF No. 67, page 2). Mr. Hughes responded to these requests (id.). Subsequently, plaintiff resubmitted interrogatories and requests for production directed at defendant Hughes. Defendant Hughes responded with objections and then, subsequently with responsive documents. (id. at pages 2- 3). Therefore, plaintiff has not demonstrated that defendant Hughes has failed to respond to discovery.

      Plaintiff attempts to recast the claims to this action in this pleading. The complaint in this case was filed December 2, 2009 and that document controls what claims remain against defendant Hughes. (ECF No. 4). Plaintiff fails to show the court's order denying his motion to compel is incorrect. The motion for reconsideration is DENIED.

      DATED this 26th day of May, 2011.

J. Richard Creatura
United States Magistrate Judge