UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES V. REED,<br><br>                Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                Defendants. | CASE NO. C09-5677BHS/JRC<br><br>ORDER DENYING A MOTION TO STAY DISCOVERY AND DECLINING TO IMPOSE COSTS |

This civil rights action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rules MJR3 and MJR4. One defendant, Michael Hughes, remains in this action. Plaintiff claims that defendant retaliated against him for filing grievances by placing him in administrative segregation (ECF No. 33 R&R adopted without objection ECF No. 34).

Defendant Hughes filed a motion to stay discovery (ECF No. 69). Discovery in this case ended April 1, 2011 (ECF No. 45, Scheduling Order). Therefore, there is no reason for this court to take any additional action at this time. The motion is DENIED. If there is discovery outstanding that was properly addressed to a named defendant and served prior to March 1, 2011, then either party may file a motion regarding that outstanding discovery.

ORDER - 1

1  The court ordered plaintiff to show cause why costs should not be imposed for his filing
2  of a motion to compel (ECF No. 71). Defendants counsel was invited to file a cost bill.
3  Defendant filed a cost bill based on "reasonable market rate" (ECF No. 75). The court has
4  reviewed plaintiff's response, which was incorporated into his motion for reconsideration (ECF
5  No. 72). The court declines to impose market rate costs on a pro se litigant. The motion is
6  denied.

The clerk's office is directed to remove ECF Nos. 68 and 75 from the court's calendar.

DATED this 1st day of June, 2011.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 2